ROBERT C. BAKER, BAR ID #49255
BAKER, KEENER & NAHRA, LLP
633 West 5th Street
Suite 5400
Los Angeles, California 90071
Telephone: (213) 241-0900
Facsimile: (213) 241-0990

Attorneys for *Plaintiffs and the Class*

E-filing

ORIGINAL FILED
NOV 15 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW EVANS, CLYDE H. CAMPBELL, JR., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AIR NEW ZEALAND;<br>ALL NIPPON AIRWAYS;<br>CATHAY PACIFIC AIRWAYS;<br>EVA AIRWAYS;<br>JAPAN AIRLINES INTERNATIONAL;<br>MALAYSIA AIRLINES;<br>NORTHWEST AIRLINES;<br>QANTAS AIRWAYS;<br>SINGAPORE AIRLINES;<br>THAI AIRWAYS.<br><br>Defendants. | Case No.: CV 07 5821<br>[CLASS ACTION] VRW<br><br>CERTIFICATION INTERESTED ENTITIES OR PERSONS<br><br>**(Local Rule 3-16)** |

The undersigned, counsel of record for Plaintiffs, certifies that the following listed party has a direct, pecuniary interest in the outcome of this case. This representation is made to enable to the Court to evaluate possible disqualification or recusal.

| | |
|---|---|
| Matthew Evans | Named Plaintiff |
| Clyde H. Campbell, Jr. | Named Plaintiff |
| Air New Zealand | Named Defendant |

899-4684-0001

- 1 -

CERTIFICATION INTERESTED ENTITIES OR PERSONS

| | | |
|---|---|---|
| 1 | All Nippon Airways | Named Defendant |
| 2 | Cathay Pacific Airways | Named Defendant |
| 3 | China Airlines | Named Defendant |
| 4 | EVA Airways | Named Defendant |
| 5 | Japan Airlines International | Named Defendant |
| 6 | Malaysia Airlines | Named Defendant |
| 7 | Northwest Airlines | Named Defendant |
| 8 | Qantas Airways | Named Defendant |
| 9 | Singapore Airlines | Named Defendant |
| 10 | Thai Airways | Named Defendant |

DATED: November 14, 2007

BAKER, KEENER & NAHRA, LLP

By /s/ Robert C. Baker
ROBERT C. BAKER
Attorneys for Plaintiffs and the Class

899-4684-0001