1  ROBERT C. BAKER, BAR ID #49255
   BAKER, KEENER & NAHRA, LLP
2  633 West 5th Street
   Suite 5400
3  Los Angeles, California 90071
   Telephone: (213) 241-0900
4  Facsimile: (213) 241-0990

5

6  Attorneys for *Plaintiffs and the Class*

7  E-filing

8

   UNITED STATES DISTRICT COURT

9  IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 MATTHEW EVANS, CLYDE H.            Case No.:
   CAMPBELL, JR., individually and on behalf of   [CLASS ACTION]
12 all others similarly situated,        CV 07-5821

13            Plaintiffs,                NOTICE OF PENDENCY OF
                                         OTHER ACTION OR PROCEEDING
14 vs.
                                         (Local Rule 3-13)
15 AIR NEW ZEALAND;
   ALL NIPPON AIRWAYS;
16 CATHAY PACIFIC AIRWAYS;
   EVA AIRWAYS;
17 JAPAN AIRLINES INTERNATIONAL;
   MALAYSIA AIRLINES;
18 NORTHWEST AIRLINES;
   QANTAS AIRWAYS;
19 SINGAPORE AIRLINES;
   THAI AIRWAYS.
20
              Defendants.
21

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

899-4684-0001
                            - 1 -

NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING

TO THE HONORABLE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that the following additional Class Action Complaint is on filed before the United States District Court, Northern District of California:

1. *Donald Wortman, et al. v. Air New Zealand, et al.,* Case No. CV 07-5634 (EDL), filed on November 5, 2007.

DATED: November 14, 2007

BAKER, KEENER & NAHRA, LLP

By /s/ Robert C. Baker
ROBERT C. BAKER
Attorneys for Plaintiffs and the Class