# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MATTHEW EVANS, CLYDE H. CAMPBELL, JR., individually and on behalf of all others similarly situated

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

AIR NEW ZEALAND; ALL NIPPON AIRWAYS; EVA AIRWAYS; JAPAN AIRLINES INTERNATIONAL; MAYALSIA AIRLINES; NORTHWEST AIRLINES; QANTAS AIRWAYS; SINGAPORE AIRLINES; THAI AIRWAYS.

**TO:** (Name and address of defendant)
Air New Zealand - Quay Tower, 29 Customs St. West Auckland, 1020, New Zealand;
All Nippon Airways - Shidome-City Center, 1-5-2, Higashi-Shimbashi, Minato-ku Tokyo 105-7133, Japan;
Cathay Pacific Airways - 9 Connaught Road, Central Swirel Housepox Box 1 GPO, Hong Kon K 3;
China Airlines - 131 Nankin E Rd. Section 3, Taipei, Taiwan;
EVA Airways - 16F.-1, No. 207, Fusing Rd., Taoyuan City, Taoyuan County, Taiwan;
Japan Airlines International - 4-11, Higashi-Shinagawa 2-Chrome, Shinagawa-Ku Tokyo 140-8605, Japan;

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert C. Baker, Esq.
BAKER, KEENER & NAHRA, LLP
633 West 5th Street
Suite 5400
Los Angeles, CA 90071 (U.S.A.)
(213) 241-0900 - Telephone
(213) 241-0990 - Facsimile

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE _____

(BY) DEPUTY CLERK

NDCAO440

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| Name of SERVER | TITLE |
| | |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:


☐ Other *(specify):*


### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
             Date                                                Signature of Server

                                         _____
                                                               Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MATTHEW EVANS, CLYDE H. CAMPBELL, JR., individually
and on behalf of all others similarly situated

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

AIR NEW ZEALAND; ALL NIPPON AIRWAYS; EVA
AIRWAYS; JAPAN AIRLINES INTERNATIONAL;
MAYALSIA AIRLINES; NORTHWEST AIRLINES; QANTAS
AIRWAYS; SINGAPORE AIRLINES; THAI AIRWAYS.


TO: (Name and address of defendant)
Malaysia Airlines - MAS Complex A, Sultan Abdul Azia Shah Airport, 47200 Suband, Selangor Darui Ehsan, Malaysia;
Northwest Airlines - 2700 Lone Oak Parkway, Eagan, Minnesota 55121;
Qantas Airlines - 203 Coward Street, Qantas Centre, Mascot NSW 2020 C3;
Singapore Airlines - Airline House, 25 Airline Road, 819829 Singapore;
Thai Airways - 89 Vibhavadi-Rangsit Road, Bangkok, Thailand 10900


**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert C. Baker, Esq.
BAKER, KEENER & NAHRA, LLP
633 West 5th Street
Suite 5400
Los Angeles, CA 90071 (U.S.A.)
(213) 241-0900 - Telephone
(213) 241-0990 - Facsimile


an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.


Richard W. Wieking
CLERK

DATE _____

_____
(BY) DEPUTY CLERK

NDCAO440

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                  Date                                           Signature of Server

                                                _____
                                                Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.