ROBERT C. BAKER, BAR ID #49255
PHILLIP A. BAKER, BAR ID #169571
BAKER, KEENER & NAHRA, LLP
633 West 5th Street
Suite 5400
Los Angeles, California 90071
Telephone: (213) 241-0900
Facsimile: (213) 241-0990

Attorneys for *Plaintiffs and the Class*
MATTHEW EVANS, CLYDE H. CAMPBELL, JR., individually and on behalf of all others similarly situated

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TRANSPACIFIC AIR PASSENGER ANTITRUST LITIGATION | Case No.: CV 07-5821 VRW<br><br>MDL No. 1913 |
| **This Document Relates to:**<br><br>**Case No. CV 07-5821 VRW**<br>*Evans, et al. v. Air New Zealand, et al.* | NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE AS TO DEFENDANT NORTHWEST AIRLINES<br><br>[F.R.C.P. Section 41(a)(1)] |

Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, Plaintiffs Matthew Evans, Clyde H. Campbell, Jr., individually and on behalf of all others similarly situated, hereby dismiss all claims made in Case No. CV 07-5821 VRW, without prejudice, against named defendant Northwest Airlines.

DATED: February 13, 2008

BAKER, KEENER & NAHRA, LLP

By _____
ROBERT C. BAKER
PHILLIP A. BAKER
Attorneys for Plaintiffs and the Class
MATTHEW EVANS, CLYDE H. CAMPBELL, JR., individually and on behalf of all others similarly situated

899-4684-0001

- 1 -

# CERTIFICATE OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am over the age of 18 and not a party to the within action; I am employed by BAKER, KEENER & NAHRA, LLP in the County of Los Angeles at 633 West Fifth Street, 54th Floor, Los Angeles, California, 90071.

On February 13, 2008, I served the foregoing document(s) described as **NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE AS TO DEFENDANT NORTHWEST AIRLINES [F.R.C.P. Section 41(a)(1)]** by placing true copies thereof enclosed in sealed envelope(s), as follows:

[✓] **(BY MAIL)** I caused to be placed said envelope(s) for collection and mailing, following ordinary business practices, at the business offices of BAKER, KEENER & NAHRA, LLP, at the address set forth and addressed as shown on the attached service list, for deposit in the United States Postal Service. I am readily familiar with the practice of BAKER, KEENER & NAHRA, LLP for collection and processing correspondence for mailing with the United States Postal Service, and said envelope(s) will be deposited with the United States Postal Service on said date in the ordinary course of business.

[✓] **(BY ECF)** I caused the above-referenced document(s) to be filed the Electronic Case Filing (ECF) system in the United States District Court for the Northern District of California, on all parties registered for e-filing in the Docket Number: CV 07-5821 VRW. Counsel of record are required by the Court to be registered e-filers, and as such, are automatically e-served with a copy of the documents upon confirmation of e-filing

[✓] **(BY OVERNIGHT DELIVERY)** I caused to be placed said document(s) in envelope(s) for collection following ordinary business practices , at the offices of BAKER, KEENER & NAHRA, LLP, at the address set forth below:

**Honorable Chief Judge, Vaughn R. Walker**
**United States District Court**
**Northern District of California**
**450 Golden Gate Avenue**
**Courtroom 6, 17th Floor**
**San Francisco, CA 94102**

[✓] **(FEDERAL)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on February 13, 2008 at Los Angeles, California.

KIMBERLEY L. MNARES

899-4684-0001

## SERVICE LIST

*In re: Transpacific Air Passenger Antitrust Litigation*
USDC Case No.: CV-07-5821 VRW
MDL No.: 1913

| | |
|---|---|
| Joseph W. Cotchett, Esq.<br>Steven N. Williams, Esq.<br>Nanci E. Nishimura, Esq.<br>Aron K. Lian, Esq.<br>Douglas Y. Park, Esq.<br>COTCHET, PITRE & McCARTHY<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>(650) 697-6000; (650) 697-0577-Fax | Counsel for Plaintiffs<br>Donald Wortman, William Adams,<br>Margaret Garcia |
| Walter J. Lack, Esq.<br>Elizabeth L. Crooke, Esq.<br>Richard P. Kinnan, Esq.<br>ENGSTROM LIPSCOMB & LACK<br>10100 Santa Monica Boulevard, 16th Floor<br>Los Angeles, CA 90067<br>(310) 552-3800; (310) 552-9434-Fax | Counsel for Plaintiffs<br>Donald Wortman, William Adams,<br>Margaret Garcia |
| Derek Howard, Esq.<br>MURRAY & HOWARD, LLP<br>436 – 14th Street, Suite 1413<br>Oakland, CA 94612<br>(510) 444-2522-Fax | Counsel for Plaintiff<br>Brenden G. Maloof |
| Rick Saveri, Esq.<br>Cadio Zirpoli, Esq.<br>SAVERI & SAVERI<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111<br>(415) 217-6813-Fax | Counsel for Plaintiffs<br>Thomas Schelly, Michael Benson,<br>Tori Kitagawa, Justin LaBarge &<br>Scott Frederick |
| Aaron M. Sheanin, Esq.<br>GIRARD GIBBS LLP<br>601 California Street, 14th Floor<br>San Francisco, CA 94108<br>(415) 981-4846-Fax | Counsel for Plaintiff<br>Mark Foy |
| Mario Alioto, Esq.<br>TRUMP, ALIOTO, TRUMP & PRESCOTT<br>2280 Union Street<br>San Francisco, CA 94123<br>(415) 346-0679-Fax | Counsel for Plaintiffs<br>Martin Kaufman, Ireathia Diane Mitchell,<br>Rosemary Senger & Lemuel Schenck |
| Brian Kabateck, Esq.<br>KABATECH BROWN KELLNER, LLP<br>644 S. Figueora Street<br>Los Angeles, CA 90071<br>(213) 217-5010-Fax | Counsel for Plaintiff<br>Mecor Adlin |

899-4684-0001

**SERVICE LIST (Cont'd)**

*In re: Transpacific Air Passenger Antitrust Litigation*
USDC Case No.: CV-07-5821 VRW
MDL No.: 1913

| | |
|---|---|
| Lori S. Brody, Esq.<br>Laurence D. King, Esq.<br>KAPLAN FOX & KILSHEIMER, LLP<br>1808 Century Park East, Suite 1460<br>Los Angeles, CA 90067<br>(310) 785-0897-Fax | Counsel for Plaintiff<br>Stephen Gaffigan |
| Michael Buchman, Esq.<br>J. Douglas Richards, Esq.<br>POMERANTZ HAUDEK BLOCK<br>GROSSMAN & GROSS, LLP<br>100 Park Avenue<br>New York, NY 10019<br>(212) 661-8665-Fax | Counsel for Plaintiff<br>Judah M. Fegenbaum |
| Craig Corbitt, Esq.<br>ZELLE, HOFFMAN, VOELBEL,<br>MASON & GETTE<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>(415) 693-0770-Fax | Counsel for Plaintiff<br>Micah Abrams |
| Eugene A. Spector, Esq.<br>SPECTOR ROSEMAN & KODROFF, PC<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>(215) 496-6611-Fax | Counsel for Plaintiff<br>Justin LaBarge |

899-4684-0001